JENNIFER CANGRO, Appellant, v JOHN Z. MARANGOS, Respondent.

Submitted August 13, 2012; decided October 25, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

KEVIN GLASSMAN, Respondent, v PROHEALTH AMBULATORY SURGERY CENTER, INC., et al., Appellants.

Decided October 25, 2012

Appeals dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that they do not lie. The terms of this Court's remittitur were not violated and an appeal therefore does not lie as of right.

In the Matter of WILFREDO GONZALEZ, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents.

Submitted August 13, 2012; decided October 25, 2012

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 806 (2012)].